# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

MONSANTO COMPANY                                                           PLAINTIFF

VERSUS                          CIVIL ACTION NUMBER: 3:00CV-161-P-D

MITCHELL SCRUGGS; EDDIE SCRUGGS;
SCRUGGS FARM & SUPPLIES, LLC;
SCRUGGS FARM JOINT VENTURE;
HES FARMS, INC.; MES FARMS, INC.;
AND MHS FARMS, INC.                                                        DEFENDANTS

## ORDER GRANTING ENLARGEMENT OF PAGE LIMITATION FOR REPLY BRIEF

THIS MATTER is before the Court upon the Motion of MITCHELL SCRUGGS, ET

AL., Defendants herein (collectively "Scruggs"), with the consent of counsel for Plaintiff

Monsanto, for a formal enlargement of the page limitation by three for Scruggs' Reply Brief

[Doc 823] to Monsanto's Opposition to Defendants' Motion to Exclude Testimony and Opinions

of Mark E. Hoffman Regarding Damages [Doc 805]. Upon consideration of the Motion,

including Monsanto's consent thereto, and the Court being otherwise fully advised in the

premises, it is,

ORDERED:    That Defendants Scruggs should be, and they hereby are, granted an

enlargement of the page limitation imposed by Local Rule 7(b)(5), and that the Reply Brief [Doc

823] being eight pages in length and timely filed Friday, August 6, 2010, shall be, and it hereby

is, accepted as conforming to the normal page limitation, as hereby extended by three pages.

THIS 18th day of August, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE